BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-404099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $48,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 1:14-CV-02054---BAM<br><br>**REQUEST AND ORDER TO (1) CONTINUE SCHEDULING CONFERENCE AND (2) CONTINUE DEADLINE TO FILE JOINT SCHEDULING REPORT** |

The United States requests that the Court (1) continue the initial scheduling conference from April 23, 2015 at 9:00 AM to June 25, 2015 at 9:00 AM, or to a date the Court deems appropriate, and (2) continue the deadline to file a Joint Scheduling Report ("JSR") from April 16, 2015 to June 18, 2015, or to a date the Court deems appropriate. For the reasons set forth below, there is good cause to continue the scheduling conference and the deadline to file a JSR.

### Introduction

On December 22, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations. All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

(2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 31, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on February 27, 2015.  Claimant Rolando Exposito ("Exposito") was served on or about January 16, 2015.  Exposito filed a claim on April 9, 2015 (Doc. 9).

## Good Cause

The United States is in settlement negotiations with Rolando Exposito and expects to file settlement documents within the extension period.  Otherwise, the parties will meet and confer, and jointly prepare a joint scheduling report.

There is good cause to continue the initial scheduling conference and deadline to file a joint scheduling report.

Dated: April 16, 2015        BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/ Jeffrey A. Spivak
                             JEFFREY A. SPIVAK
                             Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:  the initial scheduling conference is continued from April 23, 2015 at 9:00 AM to **Friday, June 26, 2015 at 11:00 AM**, and (2) the deadline to file a Joint Scheduling Report ("JSR") is continued from April 16, 2015 to June 18, 2015.

IT IS SO ORDERED.

Dated: **April 20, 2015**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE